UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELMSFORD APARTMENT ASSOCIATES, LLC, 36 APARTMENT ASSOCIATES, LLC and 66 APARTMENT  -v-  ANDREW CUOMO, As Governor of the State of New York | Plaintiff,  Defendant. |

Case No. 20-cv-04062

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

36 APARTMENT ASSOCIATES, LLC    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** 05/27/2020

_____
**Signature of Attorney**

**Attorney Bar Code:** _____

Form Rule7_1.pdf   SDNY Web 10/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELMSFORD APARTMENT ASSOCIATES, LLC, 36 APARTMENT ASSOCIATES, LLC and 66 APARTMENT  -v-  ANDREW CUOMO, As Governor of the State of New York             Plaintiff,                       Defendant. | Case No. 20-cv-04062  **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

ELMSFORD APARTMENT ASSOCIATES, LLC        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** 05/27/2020

**Signature of Attorney**

**Attorney Bar Code:**

Form Rule7_1.pdf  SDNY Web 10/2007