UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELMSFORD APARTMENT ASSOCIATES, LLC,
36 APARTMENT ASSOCAITES, LLC, and
66 APARTMENT ASSOCIATS, J.V.,

        Plaintiffs,

    v.                                            20-cv-4062 (CM)
                                                     **ORDER**

ANDREW CUOMO, as Governor of the State
of New York,

        Defendant.
-----------------------------------------------------------X

McMahon, C.J.:

       The Court will hold a telephone conference in this matter, Wednesday June 24, 2020, at 10:00 a.m.

       To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public and press are welcomed to dial in, but must remain silent.

June 9, 2020

_____
                Colleen McMahon
                  Chief Judge