UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ELMSFORD APARTMENT ASSOCIATES, LLC,
36 APARTMENT ASSOCAITES, LLC, and
66 APARTMENT ASSOCIATS, J.V.,

                Plaintiffs,
        v.                                                20-cv-4062 (CM)
                                                           **ORDER**

ANDREW CUOMO, as Governor of the State
of New York,

                Defendant.
----------------------------------------------------------X

McMahon, C.J.:

     Housing Court Answers, Mount Vernon United Tenants, and United Tenants of Albany filed a motion for leave to file an *amicus curiae* brief in opposition to Plaintiffs' motion for summary judgment. (Dkt. No. 16.)  Plaintiffs oppose the motion, while Defendant takes no position.

     The proposed *amici* having a significant interest in the outcome of this litigation, their motion is GRANTED.  The Clerk of Court is directed to close the motion at Docket Number 16.

     SO ORDERED.

June 17, 2020

                                                   _____
                                                       Colleen McMahon
                                                        Chief Judge