UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELMSFORD APARTMENT ASSOCIATES, LLC,
36 APARTMENT ASSOCIATES, LLC, and
66 APARTMENT ASSOCIATS, J.V.,

        Plaintiffs,        20 **CIVIL** 4062 (CM)

   -against-         **JUDGMENT**

ANDREW CUOMO, as Governor of the State
of New York,
       Defendant .
-----------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 29, 2020, Plaintiffs' motion for summary judgment is DENIED in full. Defendant's motion for summary judgment is GRANTED in full; accordingly, the case is closed.

**Dated:** New York, New York
    June 29, 2020

                      **RUBY J. KRAJICK**

                       Clerk of Court
             BY:
                       Deputy Clerk