UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELMSFORD APARTMENT ASSOCIATES, LLC,
36 APARTMENT ASSOCIATES, LLC, and
66 APARTMENT ASSOCIATES, J.V.,

                      Plaintiffs,

20-cv-04062 (CM)

NOTICE OF APPEAL

- against -

ANDREW CUOMO, as Governor of the State
of New York,

                      Defendant.

---

NOTICE is hereby given that Plaintiffs Elmsford Apartment Associates, LLC, 36 Apartment Associates, LLC and 66 Apartment Associates, J.V., in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on June 29, 2020 and underlying Order that: (a) Denied Plaintiffs' motion for summary judgment; and, (b) Granted the Defendant Andrew Cuomo's cross-motion for summary judgment.

Dated:      White Plains, New York
             July 27, 2020

LEHRMAN, LEHRMAN & GUTERMAN, LLP
Attorneys for Plaintiffs
199 Main Street, Suite 400
White Plains, New York  10601
(914)  761-4488
By:  Mark A. Guterman, Esq.
     mguterman@llg-llp.com